| | |
|---|---|
| 1 | MARVIN EDWARD ELLIS, PRO SE |
| | 2 Silver Place |
| 2 | Black Mountain, NC 28711 |
| | Tel: 868-669-8173 |
| 3 | Email: e_ellis@msn.com |
| 4 | Plaintiff |
| 5 | JOSEPH RUSSONIELLO (CSBN 118321) |
| | United States Attorney |
| 6 | JOANN M. SWANSON (CSBN 88143) |
| | Chief, Civil Division |
| 7 | VICTORIA R. CARRADERO (CSBN 217885) |
| | Assistant United States Attorney |
| 8 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 9 | San Francisco, California 94102 |
| | Telephone: (415) 436-7181 |
| 10 | Facsimile: (415) 436-6748 |
| | Email: victoria.carradero@us.doj.gov |
| 11 | |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARVIN EDWARD ELLIS, PRO SE | ) | NO. C 08-4349-MEJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE CASE** |
| v. | ) | **MANAGEMENT CONFERENCE** |
| | ) | |
| MARGARET SPELLINGS, SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| EDUCATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

1

Plaintiff Marvin Edward Ellis, Pro Se, and Defendant Margaret Spellings, Secretary, United States Department of Education ("Defendant") by and through its undersigned counsel, hereby stipulate as follows:

WHEREAS, the Case Management Conference ("CMC") in this matter is currently set for January 8, 2009.

WHEREAS the parties understand there are various items they are obligated to discuss in order to prepare for the CMC and that the parties are obligated to recommend a case management plan for the case and prepare a written joint statement.

WHEREAS the holidays are coming and the parties need additional time in order to schedule a and complete a meet and confer session.

ACCORDINGLY, the parties request that the Court continue the Case Management Conference from January 8, 2009 until February 12, 2009.

**IT IS SO STIPULATED**

DATED: December__, 2008          PLAINTIFF

_____/s/_____
Marvin Edward Ellis, In Pro Per

DATED: December ___, 2008         JOSEPH RUSSONIELLO
United States Attorney

_____/s/_____
Victoria R. Carradero
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: December 19, 2008          _____
The Honorable Maria-Elena James
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
NO. C 08-4349-MEJ

2