MARVIN EDWARD ELLIS, PRO SE
2 Silver Place
Black Mountain, NC 28711
Tel: 868-669-8173
Email: e_ellis@msn.com

Plaintiff

JOSEPH RUSSONIELLO (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7181
  Facsimile: (415) 436-6748
  Email: victoria.carradero@us.doj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVIN EDWARD ELLIS, PRO SE )<br>)<br>             Plaintiff, )<br>)<br>   v. )<br>)<br>MARGARET SPELLINGS, SECRETARY,)<br>UNITED STATES DEPARTMENT OF )<br>EDUCATION )<br>)<br>)<br>            Defendant. )<br>)<br>) | NO. C 08-4349-MEJ<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO PERMIT PLAINTIFF TO APPEAR TELEPHONICALLY AT THE 2/12/09 CASE MANAGEMENT CONFERENCE |

1

Plaintiff Marvin Edward Ellis, Pro Se, and Defendant Margaret Spellings, Secretary, United States Department of Education ("Defendant") by and through its undersigned counsel, hereby stipulate as follows:

WHEREAS, Defendant requested and Plaintiff agreed to grant Defendant an extension of time to respond to the Complaint until January 30, 2009.

WHEREAS the parties are to appear on February 12, 2009 for a Case Management Conference ("CMC").

WHEREAS Defendant understands Plaintiff resides out of state and does not oppose his request to appear telephonically at the February 12, 2009 CMC.

ACCORDINGLY, the parties agree that Defendant has until January 30, 2009 to file a response to the Complaint and request that the Court order the same. The parties further agree that Plaintiff may appear telephonically at the February 12, 2009 CMC and request that the Court order the same.

**IT IS SO STIPULATED**

DATED: January 8, 2009

PLAINTIFF

_____/s/_____
Marvin Edward Ellis, In Pro Per

DATED: January 8, 2009

JOSEPH RUSSONIELLO
United States Attorney

_____/s/_____
Victoria R. Carradero
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: January 8, 2009

_____
The Honorable Maria-Elena James
United States Magistrate Judge

2