MARVIN EDWARD ELLIS, PRO SE
2 Silver Place
Black Mountain, NC 28711
Tel: 868-669-8173
Email: e_ellis@msn.com

Plaintiff

JOSEPH RUSSONIELLO (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7181
  Facsimile: (415) 436-6748
  Email: victoria.carradero@us.doj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVIN EDWARD ELLIS, PRO SE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARGARET SPELLINGS, SECRETARY, ) <br> UNITED STATES DEPARTMENT OF ) <br> EDUCATION ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | NO. C 08-4349-MEJ <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

1

Plaintiff Marvin Edward Ellis, Pro Se, and Defendant Margaret Spellings, Secretary, United States Department of Education ("Defendant") by and through its undersigned counsel, hereby stipulate as follows:

WHEREAS, the Case Management Conference ("CMC") in this matter is currently set for February 12, 2009.

WHEREAS Defendant's due date to respond to the Complaint is January 30, 2009.

WHEREAS Defendant intends to file a motion to strike/motion for a more definite statement because Defendant contends the Complaint is too vague and uncertain for Defendant to respond.

WHEREAS the parties would like to meet and confer on these matters to avoid a motion if possible and to appear at a CMC with an operative Complaint.

ACCORDINGLY, the parties request that the Court continue the Case Management Conference from February 12, 2009 until March 12, 2009 and continue the due date for Defendant to respond to the Complaint from January 30, 2009 until March 6, 2009 so that the parties can work through these issues. The parties have scheduled a conference call to discuss Plaintiff's complaint and proposed amendments for February 12, 2009 at 10:00 a.m.

**IT IS SO STIPULATED**

DATED: January 30, 2009　　　　　　　　　　　　　　PLAINTIFF

　　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Marvin Edward Ellis, In Pro Per

DATED: January 30, 2009　　　　　　　　　　　　　　JOSEPH RUSSONIELLO
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Victoria R. Carradero
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: February 2, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

2