1   MARVIN EDWARD ELLIS, PRO SE
2   2 Silver Place
    Black Mountain, NC 28711
3   Tel: 868-669-8173
    Email: e_ellis@msn.com

4   Plaintiff

5   JOSEPH RUSSONIELLO (CSBN 44332)
    United States Attorney
6   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
7   VICTORIA R. CARRADERO (CSBN 217885)
    Assistant United States Attorney

8
    450 Golden Gate Avenue, Box 36055
9   San Francisco, California 94102
    Telephone:  (415) 436-7181
10  Facsimile:    (415) 436-6748
    Email: victoria.carradero@us.doj.gov

11
    Attorneys for Defendant
12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16  MARVIN EDWARD ELLIS, PRO SE    )
                                   )   NO. C 08-4349-MEJ
17              Plaintiff,         )
                                   )   STIPULATION AND [PROPOSED] ORDER
18         v.                      )   TO CONTINUE CASE MANAGEMENT
                                   )   CONFERENCE AND DEADLINE TO
19  MARGARET SPELLINGS, SECRETARY, )   RESPOND TO THE COMPLAINT
    UNITED STATES DEPARTMENT OF    )
20  EDUCATION                      )
                                   )
21                                 )
                Defendant.         )
22                                 )
                                   )
23  _____ )

24

25

26

27

28

                                                              1

Plaintiff Marvin Edward Ellis, Pro Se, and Defendant Margaret Spellings, Secretary, United States Department of Education ("Defendant") by and through its undersigned counsel, hereby stipulate as follows:

WHEREAS, the Case Management Conference ("CMC") in this matter is currently set for March 12, 2009.

WHEREAS Defendant's due date to respond to the Complaint is March 6, 2009.

WHEREAS Defendant intends to file a motion to strike/motion for a more definite statement because Defendant contends the Complaint is too vague and uncertain for Defendant to respond and suffers from other defects.

WHEREAS the parties are in the process of meeting and conferring on these matters to avoid a motion if possible and to appear at a CMC with an operative Complaint. Additionally, Plaintiff has sought legal guidance about the Complaint as drafted and would like additional time and opportunity for that purpose.

ACCORDINGLY, the parties request that the Court continue the Case Management Conference from March 12, 2009 until April 30, 2009 and continue the due date for Defendant to respond to the Complaint from March 6, 2009 until April 23, 2009 so that the parties can work through these issues.

**IT IS SO STIPULATED**

DATED: February 24, 2009

PLAINTIFF

_____
/s/
Marvin Edward Ellis, In Pro Per

DATED: February 24, 2009

JOSEPH RUSSONIELLO
United States Attorney

_____
/s/
Victoria R. Carradero
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: February 26, 2009

_____
The Honorable Maria Elena James
United States Magistrate Judge

2