JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7181
Facsimile: (415) 436-6748
Email: victoria.carradero@us.doj.gov

Attorneys for Defendant

Michael Sorgen (CSBN _____)
Law Offices of Michael Sorgen

240 Stockton Street, 9th floor
San Francisco, CA 94108
Telephone: (415) 956-1360
Facsimile: (415) _____
Email: MSorgen@sorgen.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVIN EDWARD ELLIS, PRO SE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARGARET SPELLINGS, SECRETARY,)<br>UNITED STATES DEPARTMENT OF )<br>EDUCATION )<br>)<br>)<br>Defendant. )<br>)<br>)<br>_____) | NO. C 08-4349-MEJ<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINE TO RESPOND TO THE COMPLAINT |

1

Plaintiff Marvin Edward Ellis, and Defendant Margaret Spellings, Secretary, United States Department of Education, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Case Management Conference ("CMC") in this matter is currently set for April 30, 2009.

WHEREAS Defendant's due date to respond to the complaint is April 23, 2009.

WHEREAS Plaintiff recently retained counsel to filed a Third Amended Complaint by April 3, 2009 and represent him thereafter in this matter.

ACCORDINGLY, the parties request that the Court continue the Case Management Conference from April 30, 2009 to May 14, 2009 and continue the due date for Defendant to respond to the complaint from April 23, 2009 until May 4, 2009 so that Plaintiff's new counsel has time to become more familiar with the case and draft the Third Amended Complaint, Defendant's counsel has time to review and respond to the complaint, and the parties can meet and confer in preparation for the CMC and joint CMC statement.

**IT IS SO STIPULATED**

DATED: March 31, 2009                    LAW OFFICES OF MICHAEL SORGEN

                                         _____/s/_____
                                         Michael Sorgen
                                         Attorney for Plaintiff Marvin Edward Ellis


DATED: March 31, 2009                    JOSEPH RUSSONIELLO
                                         United States Attorney

                                         _____/s/_____
                                         Victoria R. Carradero
                                         Assistant United States Attorney
                                         Attorneys for Defendant

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Plaintiff's Third Amended Complaint is due by April 3, 2009.

//
//
//

2

//

Defendant's Response to the Third Amended Complaint is continued to May 4, 2009.

The CMC is continued to May 14, 2009.

DATED: April 1, 2009

_____
The Honorable Maria-Elena James
United States Magistrate Judge

3