IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN EDWARD ELLIS, | No. C 08-4349 MEJ |
| Plaintiff(s), | **ORDER CONTINUING CMC** |
| vs. | |
| MARGARET SPELLINGS, | |
| Defendant(s). | |

This matter is currently scheduled for a case management conference on May 14, 2009. Due to the undersigned magistrate judge's unavailability, the Court hereby CONTINUES the case management conference to May 28, 2009 at 10:00 a.m. in Courtroom B. All case management deadlines shall be adjusted accordingly..

**IT IS SO ORDERED.**

Dated: April 30, 2009

MARIA ELENA JAMES
United States Magistrate Judge