| | |
|---|---|
| 1 | MICHAEL S. SORGEN (SBN 43107) |
| | JOYCE KAWAHATA (SBN 113159) |
| 2 | 240 Stockton Street, 9th Floor |
| | San Francisco, CA 94108 |
| 3 | Telephone: (415) 956-1360 |
| | Facsimile: (415) 956-6342 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | |
| | JOSEPH RUSSONIELLO (CSBN 44332) |
| 6 | United States Attorney |
| | JOANN M. SWANSON (CSBN 88143) |
| 7 | Chief, Civil Division |
| | VICTORIA R. CARRADERO (CSBN 217885) |
| 8 | Assistant United States Attorney |
| 9 |   450 Golden Gate Avenue, Box 36055 |
| |   San Francisco, California 94102 |
| 10 |   Telephone:  (415) 436-7181 |
| |   Facsimile:     (415) 436-6748 |
| 11 |   Email: victoria.carradero@us.doj.gov |
| 12 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVIN EDWARD ELLIS, PRO SE ) | |
| ) | NO. C 08-4349-MEJ |
| Plaintiff, ) | |
| ) | STIPULATED REQUEST FOR COURT TO |
| v. ) | RETAIN JURISDICTION FOR NINETY DAYS |
| ) | FOLLOWING CONDITIONAL DISMISSAL |
| MARGARET SPELLINGS, SECRETARY ) | |
| UNITED STATES DEPARTMENT OF ) | Honorable Maria-Elena James |
| EDUCATION ) | U.S. Magistrate Judge |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____) | |

    The  parties have executed an agreement that settles this case in its entirety and they agree to conditionally dismiss this case;

    The parties hereby stipulate and  request that the Magistrate Judge retain jurisdiction for ninety

STIPULATED REQUEST FOR COURT TO RETAIN JURISDICTION FOR NINETY DAYS FOLLOWING
CONDITIONAL DISMISSAL  NO. C 08-4349-MEJ                                                                                                                    1

days following such conditional dismissal pending the receipt of the settlement check by plaintiff's counsel.

DATED: September 28, 2009         LAW OFFICES OF MICHAEL SORGEN

_____/s/_____
Michael Sorgen
Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: September 28, 2009         _____/s/_____
VICTORIA R. CARRADERO
Assistant United States Attorney
Attorneys for Defendant

IT IS HEREBY ORDERED THAT the Magistrate Judge will retain jurisdiction for ninety days following the date of this Order until such time that plaintiff's counsel inform the Court that the settlement check has been received and the parties request that the dismissal be made final. The Clerk of Court shall close the file.

Dated: September 29, 2009         _____
Magistrate Judge Maria Elena James

STIPULATED REQUEST FOR COURT TO RETAIN JURISDICTION FOR NINETY DAYS FOLLOWING CONDITIONAL DISMISSAL  NO. C 08-4349-MEJ                                    2