1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CSBN 217885)
   victoria.carradero@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7181
       FAX: (415) 436-6748
7
   Attorneys for Defendant
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 MARVIN EDWARD ELLIS,            )   Case No. 08-4349-MEJ
                                   )
14         Plaintiff,              )
                                   )   **STIPULATION AND [PROPOSED]**
                                   )   **ORDER OF DISMISSAL**
15 ARNE DUNCAN, SECRETARY, UNITED  )
   STATES DEPARTMENT OF            )
16 EDUCATION                       )
                                   )
17                                 )
           Defendant.               )
18

1  Plaintiff Marvin Edward Ellis ("Plaintiff") and Defendant Arne Duncan, Secretary, U.S. Department of Education ("Defendant")[1], by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of any and all claims in this lawsuit *Marvin Edward Ellis v. Arne Duncan, Secretary, U.S. Department of Education*, United States District Court for the Northern District of California, Case Number C 08-4349-MEJ. Each side will bear its own attorneys' fees and costs.

Dated: 8-24, 2009

LAW OFFICES OF MICHAEL SORGEN

MICHAEL SORGEN
Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

VICTORIA R. CARRADERO
Assistant United States Attorney
Attorneys for Defendant

DATED: 10/9, 2009

IT IS SO ORDERED.

DATED: October 16, 2009

Maria-Elena James
United States Magistrate Judge

---

[1] Margaret Spellings is no longer the Secretary of the Department of Education. The parties understand and agree that this Stipulation is effective regardless of the change in Secretary.

STIPULATION OF DISMISSAL
Case No. 08-4349-MEJ